

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

Nos. 04-22-00054-CV & 04-22-00056-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK**,
Appellee

**IN RE** Douglas K**. SMITH**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On January 27, 2022, appellant Douglas K. Smith filed an amended notice of appeal stating he was appealing a trial court order denying a temporary injunction signed on January 25, 2022. He also filed an emergency motion requesting to stay an upcoming foreclosure. This court docketed those filings as an accelerated appeal and assigned it appellate cause number 04-22-00054-CV. As to the emergency motion, we ultimately granted the motion and stayed the foreclosure.

That same day, Smith, as relator, filed: (1) a petition for writ of injunction, (2) an emergency motion requesting to stay an upcoming foreclosure, and (3) a motion requesting an extension of time to supplement the record. This court docketed those filings as an original proceeding and assigned it appellate cause number 04-22-00056-CV. We also granted the emergency motion and stayed the foreclosure.

Having reviewed the briefing filed in the accelerated appeal and the petition for writ of injunction filed in the original proceeding, we conclude in the interest of efficient administration, these proceedings should be consolidated. We therefore **order** appellate cause numbers 04-22-00054-CV (accelerated appeal) and 04-22-00056-CV (original proceeding) consolidated. From this date forward, the parties must file any future filings as if the proceedings were one; however, both cause numbers must be included on the documents.

We have further determined that oral argument will not significantly aid this court in determining the legal and factual issues presented in the accelerated appeal. *See* TEX. R. APP. P. Therefore, all requests for oral argument are denied, and appellate cause number 04-22-00054-CV is advanced for ON BRIEFS submission on May 11, 2022 to the following panel: Justice Luz Elena D. Chapa, Justice Irene Rios, and Justice Beth Watkins. All parties will be notified of our decision in this appeal in accordance with Rule 48 of the Texas Rules of Appellate Procedure.

Finally, with respect to relator's pending motion requesting an extension of time to supplement the record, we note the reporter's record relator seeks to file was filed in the accelerated appeal on February 9, 2022. Accordingly, we **order** the clerk of this court to electronically transfer a copy of the reporter's record in appellate cause number 04-22-00054-CV into appellate cause number 04-22-00056-CV. The transferred portion of the record is **ordered** included in the record in appellate cause number 04-22-00056-CV as though the original had been filed therein. Relator's motion requesting an extension of time to supplement the record is therefore **denied as moot**.

It is so ORDERED on this 20th day of April, 2020.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
Clerk of Court